**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Joshua Conlon v. Jade Poe

Appellate case number:     01-17-00761-CV

Trial court case number:    C-1-CV-17-005454

Trial court:                     County Court at Law No. 4 of Travis County

Appellant, Joshua Conlon, has filed a motion requesting an extension of time in which to file his brief and "the record on appeal." We **grant** appellant's request for a copy of the appellate record. **No later than 10 days from the date of this order**, the trial court clerk is directed to send a copy of the one-volume clerk's record, filed in this Court on January 4, 2018, to appellant at the address provided in his motion:

Joshua Conlon 81084-280
Federal Correctional Institution
P. O. Box 800
Herlong, CA 96113.

And, **no later than 10 days from the date of this order**, the court reporter is directed to send a copy of the three-volume reporter's record, filed in this Court on February 2, 2018, to appellant at the same address. We further direct the trial court clerk and court reporter, **no later than 20 days from the date of this order**, to notify the Clerk of this Court the date on which delivery to appellant was made.

Appellant's brief currently is due to be filed on March 5, 2018. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **dismiss as moot** appellant's request for an extension of time to file his brief.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                          ☑ Acting individually      ☐ Acting for the Court

Date: February 8, 2018